**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>            Plaintiff, )<br>  )<br>      v. )<br>  )<br> TANA COGAN, )<br>  )<br>            Defendant. ) | 2:10-CR-130-JCM-(PAL) |

**ORDER OF FORFEITURE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from TANA COGAN a criminal forfeiture money judgment in the amount of $3,200.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 21, United States Code, Section 853(a)(1) and (p).  Indictment, ECF No. 22; Plea Memorandum, ECF No. 58.

DATED December 27, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Michelle C. Lewis, certify that the following individuals were served with copies of the Order of Forfeiture on December 21, 2012, by the below identified method of service:

E-Mail/ECF

Jess R. Marchese
Law Office of Jess R. Marchese
815 South Casino Center Boulevard
Las Vegas, NV 89101
marcheselaw@msn.com
*Counsel for Tana Cogan*

Carl E.G. Arnold
CEGALAW INC
P.O. Box 410
Las Vegas, NV 89125
lvcega1@yahoo.com
*Counsel for Sterling Dan Niitsuma*

/s/Michelle C. Lewis
MICHELLE C. LEWIS
Forfeiture Support Paralegal Specialist